Index # 08 civ. 3870
Purchased/Filed: April 24, 2008

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York                U. S. District Court                Southern Dist. County

Trustees of the Bricklayers and Allied Craftworkers, Local 5 New York Retirement; et al        Plaintiff

against

Profex, Inc. and Ronald Bloomer, Individually        Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 45 yrs
Weight: 155 Lbs   Height: 5'5   Sex: Female   Color of skin: White
Hair color: Blonde   Other:

Robin Brandow, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on May 1, 2008, at 11:45 am, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons, Complaint, Judge's Indiv. Rules, Instructions, Procedures and Guidelines for Electronic Filing on Profex, Inc., the Defendant in this action, by delivering to and leaving with Donna Christie, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
1st day of May, 2008

*[signed]* NANCY L. GORDON
NOTARY PUBLIC, State of New York
No. 01GO4503730, Rensselaer County
Commission Expires June 30, 2011

*[signed]* Robin Brandow
Robin Brandow

Invoice•Work Order # 0808435