

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X

TRUSTEES OF THE BRICKLAYERS AND
ALLIED CRAFTWORKERS, LOCAL 5 NEW
YORK RETIREMENT, WELFARE, LABOR
MANAGEMENT COLALITION AND
APPRENTICE TRAINING AND JOURNEYMEN
UPGRADING FUNDS, and BRICKLAYERS
AND ALLIED CRAFTWORKERS LOCAL 5
NEW YORK,

                          Plaintiffs,

        -against-

PROFEX, INC. and RONALD BLOOMER,
Individually,

                          Defendants.
-----------------------------------------------X

**STIPULATION**

Docket No.: 08 Civ. 3870

Assigned to:
Hon. Charles L. Brieant

IT IS HEREBY STIPULATED TO AND AGREED, by and between counsel for the

undersigned, that the time for Defendants, Profex Inc. and Roland Bloomer, Individually, to answer

or otherwise appear in this action is extended up through and including June 10, 2008.

Dated: Poughkeepsie, New York
        June   , 2008

_____
Stephen B. Ehlers, Esq. (SE-3094)
*Attorneys for Plaintiffs*
Gellert & Klein, P.C.
75 Washington Street
Poughkeepsie, New York 12601
(845) 454-3250

Dated: White Plains, New York
        May 28, 2008

_____
Karen L. Wagner, Esq. (KW-2612)
*Attorneys for Defendants, Profex, Inc. and*
Roland Bloomer, s/h/a Ronald Bloomer
Wormser, Kiely, Galef & Jacobs LLP
399 Knollwood Road, Suite 205
White Plains, New York 10603
(914) 997-0900

SO ORDERED:

_____
Hon. Charles L. Brieant, U.S.D.J.

F:\S124\001\Stipulation.doc

USDC SDNY
DOCUMENT
ELECTRO   ALLY   ED
DOC #: _____
DATE FILED: _____