UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION and APPRENTICE TRAINING AND
JOURNEYMEN UPGRADING FUNDS, and
BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 5 NEW YORK,

           STIPULATION

           08 CIV 3870 (CLB)(MDF)

           Plaintiffs,

- against -

PROFEX, INC. and RONALD BLOOMER, Individually,

           Defendants.
-------------------------------x

It is hereby stipulated by the parties hereto that the name of the individual defendant herein, incorrectly named as Ronald Bloomer, shall be for all purposes herein, changed to Roland Bloomer.

Dated:  June 17, 2008

| GELLERT & KLEIN, P.C. | WORMSER, KIELY, GALEF & JACOBS LLP |
|---|---|
| By: _____ | By: _____ |
| STEPHEN E. EHLERS (SE 3094) | KAREN L. WAGNER (KW-2612) |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 75 Washington Street | 399 Knollwood Road |
| Poughkeepsie, NY 12601 | White Plains, NY 10603-1931 |
| (845) 454-3250 | (914) 997-0900 |

SO ORDERED:

_____
CHARLES L. BRIEANT, U.S.D.J.